# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>APARTMENT 34 MEDIA LLC; and DOES 1 through 10, inclusive,<br>Defendant. | Case No. 4:19-cv-05843-HSG<br><br>**ORDER** |

## ORDER

The parties' Motion to Appear Telephonically at the Scheduling Conference scheduled for Tuesday, January 7, 2020 at 2:00 p.m., is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

SIGNED at Oakland, CA on this 30th day of December, 2019.

HAYWOOD GILLIAM, JR.

UNITED STATES

DISTRICT JUDGE