1  EMANUEL LAW FIRM
   Sacha V. Emanuel (SBN 218705)
2  *semanuel@emanuel.law*
   1100 Glendon Avenue, 15th Floor
3  Los Angeles, California 90024
   Telephone:   (310) 881-6814
4  Facsimile:   (310) 881-6801

5  Attorneys for Defendant
   Apartment 34 Media LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREAT BOWERY INC.<br>d/b/a TRUNK ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>APARTMENT 34 MEDIA LLC; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: 4:19-CV-05843-HSG<br><br>**ORDER GRANTING REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>Hearing Date: January 7, 2020<br>Time:  2:00 p.m.<br>Place:  Courtroom 2, United States Courthouse, 1301 Clay Street, Oakland, California |

Defendant Apartment 34 Media LLC's ("AML") Request to Participate in the initial Case Management Conference by telephone was heard by this Court.

Good cause appearing therefore, IT IS HEREBY ORDERED THAT: AML's Request is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: January 2, 2020

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

- 2 -

ORDER GRANTING REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE
CASE NO. CV19-05843 HSG