UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>APARTMENT 34 MEDIA LLC; and DOES 1 through 10, inclusive,<br>　　　　　　　　Defendant. | Case No. 4:19-cv-05843-HSG<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO PROCEED VIA VIDEOCONFERENCE |

**[PROPOSED] ORDER GRANTING STIPULATION TO PROCEED VIA VIDEOCONFERENCE**

In accordance with the Amended Notice re Procedures for ADR Cases and Cases Subject to General Order 56 During Coronavirus Public Health Emergency, the Court hereby grants the parties' stipulation to proceed via videoconference. Accordingly, the Mediation shall take place as scheduled on Tuesday, May 5, 2020 at 9:30 a.m. via videoconference.

IT IS SO ORDERED.

Dated: ___4/29/2020___   _____
　　　　　　　　　　　　　THE HONORABLE HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　United States District Judge

1