# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE, | Case No. 4:19-CV-05843-HSG |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| APARTMENT 34 MEDIA LLC; and DOES 1 through 10, inclusive, | |
| Defendant. | |

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders that this action is dismissed with prejudice against all parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED on this 23rd day of November 2020.

_____
UNITED STATES DISTRICT JUDGE
HAYWOOD S. GILLIAM, JR.

1